United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 7, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10285
Summary Calendar

JAMES R. CALLAHAN,

Plaintiff-Appellant,

versus

BRYAN COLLIER; RISSIE OWENS; JOSE ALISEDA;
JACKIE DENOYELLES; LINDA GARCIA;
JUANITA M. GONZALEZ; CHARLES AYCOCK; ELVIS HIGHTOWER,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
No. 4:05-CV-471
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

James Callahan, proceeding pro se, appeals the dismissal without prejudice of his 42 U.S.C. § 1983 complaint as not ripe for review. Although he renews the allegations of his complaint, Callahan does not challenge the district court's conclusion that any relief would be uncertain and speculative at this time.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

By failing to brief any argument challenging the reasons for dismissal, Callahan has abandoned the only grounds for appeal.  <u>See</u> <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993); <u>Brinkmann v. Dallas County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987).  The appeal is without arguable merit and is therefore dismissed as frivolous.  <u>See</u> 5TH CIR. R. 42.2; <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).  Callahan is warned that future frivolous filings will invite the imposition of sanctions.

APPEAL DISMISSED; SANCTION WARNING ISSUED.